AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

_Eastern_ DISTRICT OF _Louisiana_

David Reynaud et al

v.

Jody Boudreaux et al

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER **00-0409**
**SECT. T MAG. 2**

Filed 2000 FEB 9 A 11:05

---

I, _Paula Griffin_, declare that I am the (check appropriate box)

[x] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)
[ ] respondent/defendant       [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

_Seizure of bank acc't w/o due process_

In further support of this application, I answer the following questions.

1. Are you presently employed?          Yes [x]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

      _But am on sick leave @ 65% of pay & am about to go on LWOP._

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes [x]  No [ ]
   b. Rent payments, interest or dividends?                    Yes [x]  No [ ]
   c. Pensions, annuities or life insurance payments?          Yes [ ]  No [x]
   d. Gifts or inheritances?                                   Yes [ ]  No [x]
   e. Any other sources?                                       Yes [ ]  No [x]

DATE OF ENTRY FEB 17 2000

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Credit Union interest of a few dollars
65% of pay = $1400/mo

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☑   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.
   @ $3,540 CH'G/SAVINGS vs. $5000 on Credit Cards

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☑   No ☐
   If the answer is "yes," describe the property and state its approximate value.
   CAR - $2-3,000
   HOUSE - $7000 EQUITY

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   ∅

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/8/00
             (Date)                            Paula A. Griffin
                                               Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____                                    _____  2-16-00
United States Judge   Date                    United States Judge   Date
                                              or Magistrate