FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 24  A 9: 39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID REYNAUD, et al. | CIVIL ACTION |
| VERSUS | NO. 00-0409 |
| JODY BOUDREAUX, et al. | SECTION "T" (2) |

## ORDER OF TRANSFER

It has been brought to the Court's attention that the above-captioned matter grows out of the same factual basis as that in Civil Action No. 99-1344, Section "L," captioned <u>Griffin, et al. v. Jefferson Parish School Board, et al.</u>, now pending before Judge Eldon E. Fallon, and that the matter could be handled most expeditiously by consolidation.

Accordingly,

**IT IS ORDERED** that the above-captioned matter be, and the same hereby is **TRANSFERRED** to Section "L" for possible consolidation with Civil Action No. 99-1344 of this Court.

New Orleans, Louisiana, this _23_ day of February, 2000.

G. Thomas Porteous, Jr.
United States District Judge

FEB 24 2000
TRANSFERRED TO
SECT. L

DATE OF ENTRY FEB 25 2000