

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID RENAUD, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-409 |
| JODY BOUDREAUX, ET AL. | SECTION "L" (2) |

### ORDER OF TRANSFER

The Court having determined that the above captioned matter, which was recently transferred from Section "T," involves different facts, claims, and defendants from Civil Action No. 99-1344, IT IS ORDERED that the above captioned matter be and is HEREBY TRANSFERRED to Section "T" for disposition.

New Orleans, Louisiana, this 3 day of May, 2000.

Eldon E. Fallon
United States District Judge

MAY 4 2000

TRANSFERRED TO:

SECT. T

DATE OF ENTRY

MAY - 5 2000