

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 26 A 10: 45

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID REYNAUD                                       CIVIL ACTION
PAULA GRIFFIN

versus

JODY BOUDREAUX, individually and in
her official capacity

and

JEFFERSON PARISH SCHOOL BOARD          PORTEOUS/WILKINSON
EMPLOYEES CREDIT UNION, as her
employer                                            NO. 00-0409 T/2 c/w No. 99-
                                                    1344L/2

## EX PARTE, UNOPPOSED MOTION AND MEMORANDUM TO CONSOLIDATE

Plaintiffs move to consolidate this matter with No. 99-1344L/2 (which has been consolidated with No. 99-3120) for the reasons advanced in the motion to transfer.

Respectfully submitted,

_J. Courtney Wilson_
J. Courtney Wilson
210 Baronne
New Orleans, La 70112
525-4361

CERTIFICATE OF SERVICE
I certify a copy of this Pleading was served by mail upon all Counsel of Record.
5/25/00  _J. C. Wilson_
Attorney at Law

DATE OF ENTRY
JUN 1 2000

Fee_____
Process____
X Dktd____
CtRmDep____
Doc.No. 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID REYNAUD                                   CIVIL ACTION
PAULA GRIFFIN

versus

JODY BOUDREAUX, individually and in
her official capacity

and

JEFFERSON PARISH SCHOOL BOARD        PORTEOUS/WILKINSON
EMPLOYEES CREDIT UNION, as her
employer                                        NO. 00-0409 T/2 c/w No. 99-
                                                1344L/2

## ORDER ON
## EX PARTE, UNOPPOSED MOTION TO CONSOLIDATE

IT IS ORDERED that No. 00-0409 T/2 be consolidated with No. 99-

1344L/2 (which has been consolidated with No. 99-3120).

New Orleans, La., this 30th day of May, 2000.

DENIED

_____
G. THOMAS PORTEOUS, JR.
U.S. DISTRICT JUDGE

(see Docs. 4 and 5, and
Local Rule 3.1.1 E )