FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 18  PM 4: 30

LORETTA G. WHYTE
      CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID REYNAUD AND PAULA GRIFFIN** | * | **CIVIL ACTION NO. 00-0409** |
| | * | |
| **VERSUS** | * | **SECTION "T"** |
| | * | |
| **JODY BOUDREAUX, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, AND JEFFERSON PARISH SCHOOL BOARD EMPLOYEES' CREDIT UNION, AS HER EMPLOYER** | * <br><br> * | **MAG. 2** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION AND ORDER FOR LEAVE
### TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, come defendants, Jodi Boudreaux and Jefferson Parish School Board Employees Credit Union, and upon showing that, in order to properly present all issues to this Honorable Court concerning their Motion to Dismiss, presently set for July 19, 2000, they need to address issues raised in the Memorandum in Opposition filed on July 16, 2000, on behalf of complainants. Counsel for movants has personally spoken with Mr. Courtney Wilson, counsel for plaintiffs, who has advised that he has no opposition to the filing of this Reply Memorandum.

DATE OF ENTRY
JUL 2 0 2000

WHEREFORE, movants, Jodi Boudreaux and Jefferson Parisih School Board Employees Credit Union, pray for an order allowing the filing of the attached Reply Memorandum.

Respectfully submitted:

*/s/ R.K. Christovich*

R. K. CHRISTOVICH, T.A. (BAR # 4129)
JANET L. WHITE (BAR # 25535)
CHRISTOVICH & KEARNEY
Suite 2300, Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorneys for Jodi Boudreaux and Jefferson Parish School Board Employees' Credit Union

## CERTIFICATE

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage prepaid, on July 18, 2000, at New Orleans, Louisiana.

*/s/ R.K. Christovich*

R. K. CHRISTOVICH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID REYNAUD AND** | * | **CIVIL ACTION** |
| **PAULA GRIFFIN** | | **NO. 00-0409** |
| | * | |
| **VERSUS** | | **SECTION "T"** |
| | * | |
| **JODY BOUDREAUX, INDIVIDUALLY** | | **MAG. 2** |
| **AND IN HER OFFICIAL CAPACITY,** | * | |
| **AND JEFFERSON PARISH SCHOOL** | | |
| **BOARD EMPLOYEES' CREDIT** | * | |
| **UNION, AS HER EMPLOYER** | | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above;

**LET** the Reply Memorandum on behalf of Jodi Boudreaux and Jefferson Parish School Board Employees Credit Union be filed herein this 19th day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE