```
                              FILED
                         U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                       2000 JUL 31  AM 11:20

                         LORETTA G. WHYTE
                              CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DAVID REYNAUD  
PAULA GRIFFIN

CIVIL ACTION

versus

JODY BOUDREAUX, individually and in her official capacity

and

JEFFERSON PARISH SCHOOL BOARD EMPLOYEES CREDIT UNION, as her employer

PORTEOUS/WILKINSON

NO. 00-0409 T/2

### UNOPPOSED, EX PARTE MOTION FOR LEAVE TO FILE RESPONSE

Plaintiffs move for leave to file a response to the reply of defendants on the basis that the reply introduced a fact previously unknown to plaintiffs, i.e., that the Credit Union is a wholly private entity. Obviously, this fact changes the nature of the opposition to the motion to dismiss so that a response is necessary.

DATE OF ENTRY  
AUG 1  2000

Respectfully submitted,

J Courtney Wilson  
210 Baronne  
New Orleans, La 70112  
525-4361

**CERTIFICATE OF SERVICE**  
I CERTIFY A COPY OF THIS PLEADING WAS SERVED BY MAIL UPON ALL COUNSEL OF RECORD

7/30/00

ATTORNEY AT LAW

Fee_____  
Process_____  
Dktd_____  
CtRmDep_____  
Doc.No._____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID REYNAUD<br>PAULA GRIFFIN | CIVIL ACTION |
| versus | |
| JODY BOUDREAUX, individually and in<br>her official capacity | |
| and | |
| JEFFERSON PARISH SCHOOL BOARD<br>EMPLOYEES CREDIT UNION, as her<br>employer | PORTEOUS/WILKINSON<br><br>NO. 00-0409 T/2 |

## O R D E R  O N
## UNOPPOSED, EX PARTE MOTION FOR LEAVE TO FILE RESPONSE

IT IS ORDERED that plaintiffs be granted leave to file a response.

New Orleans, La, this 31st day of July, 2000.

G. Thomas Porteous, Jr.
U. S. District Judge