

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID REYNAUD AND<br>PAULA GRIFFIN | * | CIVIL ACTION<br>NO. 00-0409 |
| | * | |
| VERSUS | | SECTION "T" |
| | * | |
| JODY BOUDREAUX, INDIVIDUALLY<br>AND IN HER OFFICIAL CAPACITY,<br>AND JEFFERSON PARISH SCHOOL<br>BOARD EMPLOYEES' CREDIT<br>UNION, AS HER EMPLOYER | * | MAG. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER FOR LEAVE TO FILE RESPONSE

**NOW INTO COURT**, through undersigned counsel, comes movant herein, Jefferson Parish School Board Employees Credit Union, and upon showing that issues raised in the latest response filed on behalf of plaintiffs to its Motion to Dismiss necessitate, in an abundance of caution, reply thereto, prays that this Honorable Court allow the filing of the attached Reply Memorandum.

DATE OF ENTRY
AUG 8 - 2000



WHEREFORE, it is prayed that leave be granted for filing of the attached Memorandum.

Respectfully submitted:

*[signature]*

R. K. CHRISTOVICH, T.A. (BAR # 4129)
JANET L. WHITE (BAR # 25535)
CHRISTOVICH & KEARNEY
Suite 2300, Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorneys for Jodi Boudreaux and Jefferson Parish School Board Employees' Credit Union

## CERTIFICATE

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage prepaid, on August 4, 2000, at New Orleans, Louisiana.

*[signature]*

R. K. CHRISTOVICH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID REYNAUD AND<br>PAULA GRIFFIN | * | CIVIL ACTION<br>NO. 00-0409 |
| | * | |
| VERSUS | | SECTION "T" |
| | * | |
| JODY BOUDREAUX, INDIVIDUALLY<br>AND IN HER OFFICIAL CAPACITY,<br>AND JEFFERSON PARISH SCHOOL<br>BOARD EMPLOYEES' CREDIT<br>UNION, AS HER EMPLOYER | * | MAG. 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Movant, Jefferson Parish School Board Employees Credit Union, is hereby granted leave to file its Reply Memorandum this 7th day of August, 2000.

_____
UNITED STATES DISTRICT JUDGE