FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 11 AM 9: 53

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DAVID REYNAUD, et al. | CIVIL ACTION |
| VERSUS | NO. 00-0409 |
| JODI BOUDREAUX, et al. | SECTION "T" (2) |

## JUDGMENT

The Court has granted the Motion to Dismiss filed on behalf of the Defendants, Jodi Boudreaux and the Jefferson Parish School Board Employees' Credit Union.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment entered in favor of the Defendants, Jodi Boudreaux and the Jefferson Parish School Board Employees' Credit Union, and that the complaint filed by the Plaintiffs, David Reynaud and Paula Griffin, be, and the same is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _10th_ day of August, 2000.

DATE OF ENTRY
AUG 1 1 2000

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

___Fee___
___Process___
_X_ _Dktd_
___CtRmDep
Doc.No.___