


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID REYNAUD
PAULA GRIFFIN

CIVIL ACTION

versus

JODY BOUDREAUX, individually and in
her official capacity

and

JEFFERSON PARISH SCHOOL BOARD
EMPLOYEES CREDIT UNION, as her
employer

PORTEOUS/WILKINSON

NO. 00-0409 T/2

### MOTION AND MEMORANDUM FOR EXPEDITED HEARING

Plaintiffs move for an expedited hearing on their motion to file a reply on the grounds that there is not enough time to be heard before the main motion.

Respectfully submitted,

J. Courtney Wilson
210 Baronne
New Orleans, La 70112
525-4361

CERTIFICATE OF SERVICE
I certify a copy of this Pleading was served by mail upon all Counsel of Record
8/28/00  J.C.W.
Attorney at Law

### ORDER

DATE OF ENTRY
SEP 1 2000

IT IS ORDERED that plaintiffs be granted an expedited hearing ~~on their~~ motion for leave to reply.

New Orleans, La., this _____ day of _____, 2000

( file unsigned - see order dated August 30, 2000 )

Fee_____
Process____
X Dktd_____
  CtRmDep___
  Doc.No. 20