FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 29  AM 11: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID REYNAUD<br>PAULA GRIFFIN | CIVIL ACTION |
| versus | |
| JODY BOUDREAUX, individually and in her official capacity | |
| and | |
| JEFFERSON PARISH SCHOOL BOARD EMPLOYEES CREDIT UNION, as her employer | PORTEOUS/WILKINSON<br><br>NO. 00-0409 T/2 |

**MOTION AND MEMORANDUM FOR LEAVE TO FILE
REPLY MEMORANDUM RE: NEW TRIAL**

Plaintiffs move for leave to file a reply memorandum.

Leave is sought because defendants misconstrue an argument that applies to the need for discovery as one applying to pleading. This reply is required in order to correct that misconstruction.

Respectfully submitted,

J Courtney Wilson
210 Baronne
New Orleans, La 70112
525-4361

CERTIFICATE OF SERVICE
I certify a copy of this Pleading was served by mail upon all Counsel of Record
8/28/00  J.C.W.

DATE OF ENTRY
SEP 1 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID REYNAUD                                   CIVIL ACTION
PAULA GRIFFIN

versus

JODY BOUDREAUX, individually and in
her official capacity

and

JEFFERSON PARISH SCHOOL BOARD         PORTEOUS/WILKINSON
EMPLOYEES CREDIT UNION, as her
employer                                        NO. 00-0409 T/2

### ORDER ON MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM RE: NEW TRIAL

IT IS ORDERED that plaintiff be granted leave to file a reply memorandum.

New Orleans, La., this 30th day of August, 2000.

_____
G. Thomas Porteous, Jr.
U. S. District Judge